MHW

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MOHAMMED ABDUL ALEEM
PLAINTIFF,
V.
MICHAEL CHERTOFF & ROBERT S. MUELLER, ET AL.
DEFENDANTS.

Case Number: KC

**FILED**
FEB 26 2008
2-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MOHAMMED ABDUL ALEEM

08cv1169
JUDGE LEINENWEBER
MAGISTRATE JUDGE COX

| NAME (Type or print) |
|---|
| MAZHER M. SHAH-KHAN |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ [signature] |

| FIRM |
|---|
| THE LAW OFFICES OF MAZHER M. SHAH-KHAN |

| STREET ADDRESS |
|---|
| P.O. BOX 597315 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60659-7315 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| IL 6270595 | 773-764-2500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |