# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1169 | **DATE** | 7/11/2008 |
| **CASE TITLE** | Mohammed Abdul-Aleem vs. Michael Chertoff, et al | | |

**DOCKET ENTRY TEXT**

All matters in controversy having been resolved, this case is dismissed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|